Miller & Dubuc, P.C.
14 Corporate Woods Boulevard
Albany, New York 12211

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (Central Islip)
------------------------------------------------------------
In re:                                             NOTICE OF MOTION TO VACATE
                                                   AUTOMATIC STAY

    GARY MANCINELLI, a/k/a
    GARY R. MANCINELLI and
    KIMBERLY MANCINELLI, a/k/a
    KIM MANCINELLI, a/k/a KIMBERLY
    A. MANCINELLI,
                                                   Chapter 13
                                                   Case No. 11-72216
                                                   **HON. ALAN S. TRUST**

               Debtor.
-----------------------------------------------------------------

    **PLEASE TAKE NOTICE**, that upon the annexed Request for Relief of Miller & Dubuc, P.C., attorney for M&T Bank ("M&T"), the undersigned respectfully moves this Court for an order, pursuant to 11 U.S.C. Section 362(d)(1), modifying the automatic stay herein to permit movant to proceed with an action to repossess a certain boat subject to movant's security interest, described as a 2008 Bayliner boat, together with such other and further relief as to the Court may seem just and proper.

    **PLEASE TAKE FURTHER NOTICE** that this motion shall be returnable on the 23rd day of June, 2011 at 10:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, at the Long Island Federal Courthouse, 290 Federal Plaza, Room 960, Central Islip, New York 11722.

    **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must comply with the Federal Rules of Bankruptcy Procedure, shall be filed with the Court and served upon and received by Miller & Dubuc, P.C., attorneys for the Movant, at their offices located at 14 Corporate Woods Boulevard, Albany, New York 12211 so that they are received no later than

three (3) business days before the hearing on the Motion.

Dated:  May 25, 2011

                                    */s/ Richard J. Miller*
                                    Richard J. Miller RM8460
                                    **MILLER & DUBUC**
                                    A Professional Corporation
                                    Attorney for Movant
                                    14 Corporate Woods Boulevard
                                    Albany, New York   12211
                                    Phone:  (518) 465-7591

**TO:**  **GARY C. FISCHOFF, ESQ.**
       Attorney for Debtors
       40 Crossways Park Drive
       Woodbury, New York 11797

       **MARIANNE DEROSA, ESQ.**
       Trustee
       115 Eileen Way, Suite 105
       Syosset, New York 11791

       **UNITED STATES TRUSTEE**
       560 Federal Plaza
       Room 560
       Central Islip, New York 11722

       **GARY MANCINELLI**
       **KIMBERLY MANCINELLI**
       Debtors
       3 Meier Place
       Bay Shore, New York 11706

/tb

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| In re: | IN BANKRUPTCY<br>NO. 11-72216<br>Chapter 13 |
| GARY MANCINELLI, a/k/a<br>GARY R. MANCINELLI and<br>KIMBERLY MANCINELLI, a/k/a<br>KIM MANCINELLI, a/k/a KIMBERLY<br>A. MANCINELLI, | |
| | APPLICATION IN<br>SUPPORT OF MOTION |
| Debtors. | TO VACATE STAY |

--------------------------------------------------------

**TO: HON. ALAN S. TRUST, Bankruptcy Judge.**

**NORMA PAOLINI,** being duly sworn, deposes and says:

1. I am a banking officer with M&T Bank ("M&T") and am duly authorized to make this affidavit based upon the books and records of the corporation, made and maintained in the regular course of business.

2. This is an application to obtain relief from the stay for cause pursuant to 11 U.S.C. 362(d)(1) based upon a payment default.

3. Applicant holds a duly perfected security interest in a certain 2008 Bayliner Boat (VIN# USHA74DED808) owned by the debtors. Copies of the contract and proof of recorded lien are annexed hereto.

4. As of May 10, 2011, the account is past due $1278.54; the payoff balance is $40,179.40 and the approximate replacement value for the boat is $28,030.00. Copies of the relevant NADA page is attached hereto.

5. To be noted is that the debtors' Chapter 13 plan provides for the surrender of the boat to M&T.

6. Applicant shall account to the Trustee for any surplus money realized from the sale of the boat.

7. No previous application has been made for the relief requested herein.

**WHEREFORE** applicant prays for the entry of an order modifying the stay granted pursuant to 11 U.S.C., Section 362 to permit it to obtain possession of and sell the collateral described herein

pursuant to its duly perfected security interest in the collateral, and that it have such other and further relief as to the Court may seem just and proper.

                        **M&T BANK**

                        */S/ Norma Paolini*
                        **Norma Paolini**
                        Banking Officer

Sworn to before me this
*19*   day of May, 2011

*/s/ James M. Monte*
**NOTARY PUBLIC**      **Expires: 8/15/13**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re:                                          IN BANKRUPTCY
                                                NO: 11-72216
                                                Chapter 13

GARY MANCINELLI, a/k/a
GARY R. MANCINELLI and
KIMBERLY MANCINELLI, a/k/a
KIM MANCINELLI, a/k/a KIMBERLY
A. MANCINELLI,
                                         **AFFIDAVIT OF SERVICE**

                        Debtors.
--------------------------------------------------------
STATE OF NEW YORK)
COUNTY OF ALBANY) ss:

        **THERESA BURNS**, being duly sworn, deposes and says:

        I am employed by the attorney for M&T Bank. I am over 18 years of age and not a party to this action. On May 25, 2011, I served by mail the within *Notice of Motion to Vacate Stay* upon:

    **GARY C. FISCHOFF, ESQ.**
    Attorney for Debtors
    40 Crossways Park Drive
    Woodbury, New York 11797

    **MARIANNE DEROSA, ESQ.**
    Trustee
    115 Eileen Way, Suite 105
    Syosset, New York 11791

    **UNITED STATES TRUSTEE**
    560 Federal Plaza
    Room 560
    Central Islip, New York 11722

    **GARY MANCINELLI**
    **KIMBERLY MANCINELLI**
    Debtors
    3 Meier Place
    Bay Shore, New York 11706

    By depositing a true copy thereof enclosed in a post-paid wrapper in an official depository regularly maintained by the United States Post Office.

                                                          */s/ Theresa Burns*
                                                       **THERESA BURNS**

Sworn to before me this
25th day of May, 2011.

*/s/ John M. Dubuc*
**NOTARY PUBLIC**        **John M. Dubuc**
                                  **02DU6038123**
                                  **Expires: 3/6/14**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                                                   Case No.  11-72216
                                                                                        Chapter 13
    GARY MANCINELLI, a/k/a
    GARY R. MANCINELLI and
    KIMBERLY MANCINELLI, a/k/a
    KIM MANCINELLI, a/k/a KIMBERLY
    A. MANCINELLI,
                                            Debtor(s)

-------------------------------------------------------------X

# ORDER GRANTING RELIEF
# FROM THE AUTOMATIC STAY

ON June 23, 2011, the Motion (the "Motion") of M&T Bank ("Movant"),  dated May 25, 2011came before the Court, for relief from the automatic stay with respect to the collateral known as a certain 2008 Bayliner Boat (VIN# USHA74DED808)  (the "Collateral").  This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d) (2) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED** that the Trustee shall be served with a copy of the referee's report of sale within thirty (30) days of the report [*if applicable*], and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED** that all other relief sought in the Motion is denied.

DATED: Central Islip, New York
                      , 2011

_____
**Alan S. Trust**
United States Bankruptcy Judge